UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| RICKEY R. WALKER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 2:19cv03186 |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | Judge Sarah D. Morrison Magistrate Judge Chelsey M. Vascura |
| L BRANDS, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |
| KURT J. MITTS, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 2:19cv03961 |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | Judge Sarah D. Morrison Magistrate Judge Chelsey M. Vascura |
| L BRANDS, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

PROPOSED LEAD PLAINTIFF DANIEL B. O'LEARY'S MOTION FOR CONSOLIDATION
OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF
SELECTION OF LEAD COUNSEL

Cases\4822-0902-7238.v1-9/23/19

PLEASE TAKE NOTICE that Daniel B. O'Leary hereby moves this Court pursuant to the Private Securities Litigation Reform Act of 1995 for an order consolidating the above-captioned related actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, appointing Mr. O'Leary as Lead Plaintiff, and approving his selection of Robbins Geller Rudman & Dowd as Lead Counsel for the class.  This Motion is based upon the Memorandum of Law and Declaration of David M. Scott filed concurrently herewith.

DATED:  September 23, 2019

BRENNAN, MANNA & DIAMOND, LLC
DAVID M. SCOTT (0068110)
KRISTA D. WARREN (0097842)

s/ David M. Scott
DAVID M. SCOTT

250 Civic Center Drive, Suite 300
Columbus, OH 43215
Telephone:  614/246-7514
614/246-7515 (fax)
dscott@bmdllc.com
kdwarren@bmdllc.com

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY (0063373)
1114 Dublin Road
Columbus, OH 43215
Telephone:  614/488-0400
614/488-0401 (fax)
murray@mmmb.com

Local Counsel

- 1 -

Cases\4822-0902-7238.v1-9/23/19

- 2 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
VINCENT M. SERRA
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
vserra@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

JOHNSON FISTEL, LLP
FRANK J. JOHNSON
655 West Broadway, Suite 1400
San Diego, CA  92101
Telephone:  619/230-0063
619/255-1856 (fax)
frankj@johnsonfistel.com

Additional Counsel for [Proposed] Lead Plaintiff

- 2 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on September 23, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David M. Scott
DAVID M. SCOTT

BRENNAN, MANNA & DIAMOND, LLC
DAVID M. SCOTT (0068110)
250 Civic Center Drive, Suite 300
Columbus, OH 43215
Telephone:  614/246-7514
614/246-7515 (fax)
dscott@bmdllc.com

E-mail:  dscott@bmdllc.com

# Mailing Information for a Case 2:19-cv-03186-SDM-CMV Walker v. L Brands, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mari Byrne**
  mari.byrne@davispolk.com

- **Andrew Ditchfield**
  andrew.ditchfield@davispolk.com

- **Angelyne E. Lisinski**
  aelisinski@vorys.com,slmay@vorys.com

- **Anthony Joseph O'Malley**
  ajomalley@vorys.com

- **David Matthew Scott**
  dscott@bmdllc.com,kjkemper@bmdllc.com

- **Andrew Christian Smith**
  acsmith@vorys.com,tlavery@vorys.com

- **Krista D Warren**
  kdwarren@bmdllc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)