UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| RICKEY R. WALKER, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>L BRANDS, INC., et al.,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) | No. 2:19cv03186<br><br><u>CLASS ACTION</u><br><br>Judge Sarah D. Morrison<br>Magistrate Judge Chelsey M. Vascura |
| KURT J. MITTS, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>L BRANDS, INC., et al.,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 2:19cv03961<br><br><u>CLASS ACTION</u><br><br>Judge Sarah D. Morrison<br>Magistrate Judge Chelsey M. Vascura |

DECLARATION OF DAVID M. SCOTT IN SUPPORT OF PROPOSED LEAD PLAINTIFF DANIEL B. O'LEARY'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

I, DAVID M. SCOTT, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of Ohio and this Court.  I am a member of Brennan, Manna & Diamond, proposed local counsel for movant Daniel B. O'Leary in the above-captioned related actions.  I make this declaration in support of Mr. O'Leary's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of pendency of first-filed class action published in *Business Wire*, a national business-oriented wire service, on July 23, 2019;

Exhibit B:      Mr. O'Leary's Sworn Certification;

Exhibit C:      Chart of Mr. O'Leary's estimated losses, prepared by counsel; and

Exhibit D:      Declaration of Mayor Daniel B. O'Leary in Support of Motion.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 23rd day of September, 2019, at Columbus, Ohio.

s/ David M. Scott

DAVID M. SCOTT

- 1 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on September 23, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David M. Scott
DAVID M. SCOTT

BRENNAN, MANNA & DIAMOND, LLC
DAVID M. SCOTT (0068110)
250 Civic Center Drive, Suite 300
Columbus, OH 43215
Telephone:  614/246-7514
614/246-7515 (fax)
dscott@bmdllc.com

E-mail:  dscott@bmdllc.com

Cases\4811-5311-1206.v1-9/23/19

# Mailing Information for a Case 2:19-cv-03186-SDM-CMV Walker v. L Brands, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mari Byrne**
  mari.byrne@davispolk.com

- **Andrew Ditchfield**
  andrew.ditchfield@davispolk.com

- **Angelyne E. Lisinski**
  aelisinski@vorys.com,slmay@vorys.com

- **Anthony Joseph O'Malley**
  ajomalley@vorys.com

- **David Matthew Scott**
  dscott@bmdllc.com,kjkemper@bmdllc.com

- **Andrew Christian Smith**
  acsmith@vorys.com,tlavery@vorys.com

- **Krista D Warren**
  kdwarren@bmdllc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)