# EXHIBIT A



# Robbins Geller Rudman & Dowd LLP Files Class Action Suit Against L Brands, Inc.

July 23, 2019 07:47 PM Eastern Daylight Time

NEW YORK--(BUSINESS WIRE)--Robbins Geller Rudman & Dowd LLP (http://www.rgrdlaw.com/cases/lbrands/) today announced that a class action has been commenced on behalf of purchasers of L Brands, Inc. (NYSE:LB) common stock during the period between May 31, 2018 and November 19, 2018 (the "Class Period"). This action was filed in the Southern District of Ohio and is captioned *Walker v. L Brands, Inc., et al.*, No. 19-cv-3186.

The Private Securities Litigation Reform Act of 1995 permits any investor who purchased L Brands common stock during the Class Period to seek appointment as lead plaintiff. A lead plaintiff acts on behalf of all other class members in directing the litigation. The lead plaintiff can select a law firm of its choice. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff. If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, David A. Rosenfeld or Brian Cochran of Robbins Geller at 800/449-4900 or 619/231-1058, or via e-mail at drosenfeld@rgrdlaw.com or bcochran@rgrdlaw.com. You can view a copy of the complaint as filed at http://www.rgrdlaw.com/cases/lbrands/.

The complaint charges L Brands and certain of its officers with violations of the Securities Exchange Act of 1934. L Brands is a specialty retailer of women's intimate apparel and personal care and beauty products. The Company's portfolio of brands includes *Victoria's Secret, PINK* and *Bath & Body Works*.

The complaint alleges that during the Class Period, defendants made materially false and misleading statements and/or failed to disclose adverse information regarding L Brands' business and prospects, which caused L Brands stock to trade at artificially inflated prices of more than $37 per share during the Class Period. Specifically, the complaint alleges that, prior to and during the Class Period, L Brands' *Victoria's Secret* and *PINK* businesses began to experience deteriorating operating performance due to, among other things, increased competition from new lingerie brands. In an attempt to drive sales and retain market share in the face of increasing competition, *Victoria's Secret* and *PINK* engaged in heavy promotional activities by offering consumers large discounts and even giving items free of charge. While this marketing strategy helped to mitigate sales declines, it adversely impacted the Company's profit margins and cash flows and had a deleterious impact on the Company's liquidity. In response to questions from securities analysts about the sustainability of the Company's dividends, defendants repeatedly stated that L Brands had sufficient cash flow and cash on hand to sustain its dividends and that the Company, "in its history, ha[d] never reduced the dividend." Then, just weeks after defendants issued a series of false and misleading statements about the Company's dividends, L Brands announced that it was cutting its dividend in half so that it could pay down existing debt. In response to this news, the price of L Brands common stock declined approximately 18%, from $34.55 per share on November 19, 2018 to $28.43 per share on November 20, 2018.

Plaintiff seeks to recover damages on behalf of all purchasers of LBrands' common stock during the Class Period (the "Class"). The plaintiff is represented by Robbins Geller, which has extensive experience in prosecuting investor class actions including actions involving financial fraud.

Robbins Geller Rudman & Dowd LLP is one of the world's leading law firms representing investors in securities litigation. With 200 lawyers in 9 offices, Robbins Geller has obtained many of the largest securities class action recoveries in history. For six consecutive years, ISS Securities Class Action Services has ranked the Firm in its annual SCAS Top 50 Report as one of the top law firms in the world in both amount recovered for shareholders and total number of class action settlements. Robbins Geller attorneys have helped shape the securities laws and have recovered tens of billions of dollars on behalf of aggrieved victims. Beyond securing financial recoveries for defrauded investors, Robbins Geller also specializes in implementing corporate governance reforms, helping to improve the financial markets for investors worldwide. Robbins Geller attorneys are consistently recognized by courts, professional organizations and the media as leading lawyers in the industry. Please visit http://www.rgrdlaw.com for more information.

https://www.linkedin.com/company/rgrdlaw
https://twitter.com/rgrdlaw
https://www.facebook.com/rgrdlaw

Contacts
Robbins Geller Rudman & Dowd LLP
David A. Rosenfeld or Brian Cochran, 800-449-4900
drosenfeld@rgrdlaw.com
bcochran@rgrdlaw.com

Tweets by @rgrdlaw



**Robbins Geller**
@rgrdlaw

.@rgrdlaw filed a class action against CannTrust Holdings Inc. Check to see if you are a member of the proposed class. $CTST #shareholders #investors rgrdlaw.com/cases-canntrus…

> **CannTrust Holdings Inc.**
> rgrdlaw.com

19h

**Robbins Geller**
@rgrdlaw

.@rgrdlaw's #antitrust practice focuses on representing businesses and individuals who have been the victims of price-fixing, unlawful monopolization, market allocation, tying and other anti-competitive conduct. Read more:

bit.ly/2RlaLfn



Jul 24, 2019

**Robbins Geller**
@rgrdlaw

@rgrdlaw filed a class action against L Brands. Check to see if you are a member of the proposed class. $LB #shareholders #investors bit.ly/2JZczJ4



Jul 23, 2019

## Social Media Profiles

Robbins Geller Rudman & Dowd LLP on Facebook

Robbins Geller Rudman & Dowd LLP on LinkedIn