# EXHIBIT D

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| RICKEY R. WALKER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 2:19cv03186 |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | Judge Sarah D. Morrison Magistrate Judge Chelsey M. Vascura |
| L BRANDS, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |
| KURT J. MITTS, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 2:19cv03961 |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | Judge Sarah D. Morrison Magistrate Judge Chelsey M. Vascura |
| L BRANDS, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

DECLARATION OF MAYOR DANIEL B. O'LEARY IN SUPPORT OF MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD
COUNSEL

Cases\4833-6908-0230.v1-9/20/19

I, DANIEL O'LEARY, declare as follows:

1.      This declaration is made in support of my motion for appointment as lead plaintiff and approval of selection of lead counsel.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      I am an attorney licensed in the State of Minnesota with over forty years of experience practicing law, including in all aspects of personal injury practice.  I have been selected as a "Super Lawyer" from 2003 – 2019, and am a frequent local and national speaker and author on trial practices.  As an attorney working in a small firm – Mansur & O'Leary, PA – I have handled complex litigation matters resulting in recoveries over $1 million.   Given my experience in complex matters and interfacing with counsel as part of my routine responsibilities as an attorney, I am well positioned to oversee and manage counsel in large and complex litigation.

3.      In addition to my professional responsibilities as a practicing attorney, I have been elected and serve as the Mayor of Sunfish Lake, Minnesota, a residential community in Dakota County and the greater Twin Cities metropolitan area.  Prior to serving as Mayor, I served as a Councilmember on the Sunfish Lake City Counsel and member of the Planning Commission of Sunfish Lake.  I attended and obtained my Juris Doctor degree from William Mitchell College of Law.  I have been investing in the markets since the 1970s.

4.      I have discussed serving as lead plaintiff with my counsel and am aware that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was enacted by Congress to encourage investors with a significant financial interest to lead securities class actions.  I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation.

5.      I am aware that, as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings if my attendance is required or requested by the Court, participate in discovery (including traveling for my deposition, if necessary) and provide evidence relating to my investment in L Brands common stock,

participate in settlement discussions, attend trial, if necessary, and authorize any potential settlement on behalf of the class as well as approve any attorneys' fee and cost requests by counsel. I am able and willing to perform all of these duties on behalf of the members of the class.

6. I have a substantial financial interest in this case based on my purchases of L Brands common stock. Based on my substantial losses, I have a material interest and incentive in prosecuting this case on behalf of L Brands shareholders.

7. I understand that the lead plaintiff's share of any recovery is the same as every other potential class member. As my Certification states, I will not accept any payment for serving as a representative party beyond my *pro-rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to my class representation, as ordered or approved by the Court pursuant to the PSLRA.

8. I am aware that I have the right to select counsel as part of the lead plaintiff process. Based on its experience prosecuting securities cases, I have selected Robbins Geller Rudman & Dowd LLP to represent the class in this case on a contingency basis. I will approve any fee/expense request before it is submitted to the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of September, 2019.

DANIEL O'LEARY