UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| RICKEY R. WALKER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 2:19cv03186 |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | Judge Sarah D. Morrison Magistrate Judge Chelsey M. Vascura |
| L BRANDS, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |
| KURT J. MITTS, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 2:19cv03961 |
| Plaintiff, | ) ) ) | CLASS ACTION |
| vs. | ) ) | Judge Sarah D. Morrison Magistrate Judge Chelsey M. Vascura |
| L BRANDS, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

[PROPOSED] ORDER GRANTING DANIEL B. O'LEARY'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

4812-2080-9894.v1-9/22/19

Having considered Daniel B. O'Leary's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1.  The Motion is GRANTED.

2.  Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Walker v. L Brands, Inc.*, No. 2:19cv03186 and *Mitts v. L Brands, Inc.*, No. 2:19cv03961 are hereby consolidated as:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re L BRANDS, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br>     ALL ACTIONS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Master File No. 2:19cv03186<br><br>CLASS ACTION |

(a)  The file in Case No. 2:19cv03186 shall be the master file for every action in the consolidated action.  The Clerk shall administratively close the other action.  When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:".  When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)  All securities class actions against any or all of the defendants arising out of the same or substantially similar alleged misconduct that are subsequently filed in, or transferred to, this District shall be consolidated into this action.  This Order shall apply to every such action absent a Court Order.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is

- 1 -

4812-2080-9894.v1-9/22/19

- 2 -

consolidated into this action.  This Order is entered without prejudice to any party's right to apply for severance of any claim or action upon a showing of good cause;

3.      Daniel B. O'Leary is appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

4.      Robbins Geller Rudman & Dowd LLP is appointed as Lead Counsel for the class.

IT IS SO ORDERED.

DATED: _____      _____
                                    THE HONORABLE SARAH D. MORRISON
                                    UNITED STATES DISTRICT JUDGE

4812-2080-9894.v1-9/22/19