UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| RICKEY R. WALKER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 2:19-CV-03186 |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | Judge Sarah D. Morrison<br>Magistrate Judge Chelsey M. Vascura |
| L BRANDS, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |
| KURT J. MITTS, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 2:19-CV-03961 |
| Plaintiff, | ) ) ) | CLASS ACTION |
| vs. | ) ) ) | Judge Sarah D. Morrison<br>Magistrate Judge Chelsey M. Vascura |
| L BRANDS, INC., et al., | ) ) | |
| Defendants. | ) ) ) ) | |

RESPONSE IN FURTHER SUPPORT OF PROPOSED LEAD PLAINTIFF DANIEL B. O'LEARY'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

## I.      INTRODUCTION

Two movants have sought appointment as lead plaintiff in the Related Actions pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"): (i) Mayor Daniel B. O'Leary (*see* ECF No. 12); and (ii) Paulina Afshani (*see* ECF No. 11).  With over $146,705 in losses, Mr. O'Leary has the largest financial interest in the relief sought by the class and otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure.  15 U.S.C. §78u-4(a)(3)(B)(iii)(I).  The only other movant, Ms. Afshani, asserted a loss of approximately $10,231 – which is only a fraction of the losses claimed by Mr. O'Leary – and has now withdrawn her motion.  Thus, Mr. O'Leary is presumptively the most adequate plaintiff and should be appointed as Lead Plaintiff in the Related Actions.

As an experienced investor who suffered significant losses, Mr. O'Leary has a financial incentive to responsibly and vigorously prosecute this case on the putative class's behalf.  *See* ECF Nos. 12-5 and 12-6 at ¶6.  Mr. O'Leary has also made the requisite *prima facie* showing that the typicality and adequacy requirements are satisfied at this stage.  *See* ECF No. 12-1 at 4-6.  Finally, Mr. O'Leary has selected well-qualified counsel to represent the putative class as lead counsel.  *Id*. at 6-7.

Because Mr. O'Leary satisfies each of the PSLRA's requirements for appointment as lead plaintiff, the Court should appoint Mr. O'Leary as Lead Plaintiff and approve his selection of Robbins Geller as Lead Counsel.

DATED:  October 7, 2019                         Respectfully submitted,

BRENNAN, MANNA & DIAMOND, LLC
DAVID M. SCOTT (0068110)
KRISTA D. WARREN (0097842)


                                                               */s/ Krista D. Warren*
                                                               KRISTA D. WARREN

250 Civic Center Drive, Suite 300
Columbus, OH 43215
Telephone:  614/246-7514
614/246-7515 (fax)
dscott@bmdllc.com
kdwarren@bmdllc.com

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY (0063373)
1114 Dublin Road
Columbus, OH 43215
Telephone:  614/488-0400
614/488-0401 (fax)
murray@mmmb.com

*Local Counsel*

ROBBINS GELLER RUDMAN
   & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
VINCENT M. SERRA
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
vserra@rgrdlaw.com

*[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff*

JOHNSON FISTEL, LLP
FRANK J. JOHNSON
655 West Broadway, Suite 1400
San Diego, CA  92101
Telephone:  619/230-0063
619/255-1856 (fax)
frankj@johnsonfistel.com

*Additional Counsel for [Proposed] Lead Plaintiff*

- 2 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 7, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*/s/ Krista D. Warren*
KRISTA D. WARREN

BRENNAN, MANNA & DIAMOND, LLC
KRISTA D. WARREN (0097842)
250 Civic Center Drive, Suite 300
Columbus, OH 43215
Telephone:  614/246-7514
614/246-7515 (fax)

E-mail:  kwarren@bmdllc.com