UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| RICKEY R. WALKER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 2:19-cv-03186-SDM-CMV **(Consolidated)** |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | Judge Sarah D. Morrison Magistrate Judge Chelsey M. Vascura |
| L BRANDS, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

LEAD PLAINTIFF DANIEL B. O'LEARY

**DECLARATION OF JOSEPH F. MURRAY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY (0063373)
1114 Dublin Road
Columbus, OH 43215
Telephone:  614/488-0400
614/488-0401 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN
EVAN J. KAUFMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

[Additional counsel appear on signature page.]

I, JOSEPH F. MURRAY, declare under the penalty of perjury and state as follows:

I am a partner at the law firm Murray Murphy Moul + Basil LLP and am counsel for Plaintiff Daniel B. O'Leary in the above-captioned matter. I am over the age of eighteen, have personal knowledge of the facts set forth herein, and if called as a witness under oath, I could and would competently testify thereto. I submit this Declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss.

2. I attach to this Declaration documents that are referenced in Plaintiff's Opposition to Defendants' Motion to Dismiss.

3. Attached hereto as Exhibit A is a true and accurate copy of excerpts from L Brands, Inc.'s Form 10-K for fiscal year ended January 28, 2017.

4. Attached hereto as Exhibit B is a true and accurate copy of excerpts from L Brands, Inc.'s Form 10-K for the fiscal year ended January 30, 2016.

5. Attached hereto as Exhibit C is a true and accurate copy of excerpts from Home Depot, Inc.'s Form 10-K for the fiscal year ended February 3, 2019.

6. Attached hereto as Exhibit D is a true and accurate copy of excerpts from Carters, Inc.'s Form 10-K for the fiscal year ended December 30, 2017.

7. Attached hereto as Exhibit E is a true and accurate copy of excerpts from Guess, Inc.'s Form 10-K for the fiscal year ended February 2, 2019.

1. 8. Attached hereto as Exhibit F is a true and accurate copy of excerpts from Domino's Pizza, Inc.'s Form 10-K for the fiscal year ended December 30, 2018.

DATED: May 4, 2020

_/s/ Joseph F. Murray_
JOSEPH F. MURRAY

- 1 -

**CERTIFICATE OF SERVICE**

I, Joseph F. Murray, hereby certify that on May 4, 2020, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

/s/ Joseph F. Murray
JOSEPH F. MURRAY