# EXHIBIT C

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM 10-K

**(Mark One)**

☒    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended February 3, 2019**

or

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from**      **to**

**Commission file number 1-8207**



# THE HOME DEPOT, INC.

(Exact name of registrant as specified in its charter)

| **Delaware** | **95-3261426** |
|:---:|:---:|
| State or other jurisdiction of incorporation or organization | (I.R.S. Employer Identification No.) |
| **2455 Paces Ferry Road, Atlanta, Georgia 30339** | Registrant's telephone number, including area code: |
| (Address of principal executive offices) (Zip Code) | **(770) 433-8211** |

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|:---:|:---:|
| Common Stock, $0.05 Par Value Per Share | New York Stock Exchange |

Securities registered pursuant to section 12(g) of the Act: **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§ 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒    Accelerated filer ☐    Non-accelerated filer ☐    Smaller reporting company ☐

Case: 2:19-cv-03186-SDM-CMV Doc #: 35-4 Filed: 05/04/20 Page: 3 of 10  PAGEID #: 938

Emerging growth company ☐     If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐ No ☒

The aggregate market value of voting common stock held by non-affiliates of the registrant on July 29, 2018 was $225.3 billion.

The number of shares outstanding of the registrant's common stock as of March 8, 2019 was 1,103,903,507 shares.

## DOCUMENTS INCORPORATED BY REFERENCE

Portions of the registrant's proxy statement for the 2019 Annual Meeting of Shareholders are incorporated by reference in Part III of this Form 10-K to the extent described herein.

# TABLE OF CONTENTS

| | | |
|---|---|---|
| Commonly Used or Defined Terms | | ii |
| Cautionary Statement Pursuant to the Private Securities Litigation Reform Act of 1995 | | iii |

**PART I**

| | | |
|---|---|---|
| Item 1. | Business. | 1 |
| Item 1A. | Risk Factors. | 8 |
| Item 1B. | Unresolved Staff Comments. | 15 |
| Item 2. | Properties. | 15 |
| Item 3. | Legal Proceedings. | 17 |
| Item 4. | Mine Safety Disclosures. | 18 |

**PART II**

| | | |
|---|---|---|
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities. | 18 |
| Item 6. | Selected Financial Data. | 19 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations. | 19 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk. | 28 |
| Item 8. | Financial Statements and Supplementary Data. | 29 |
| Item 9. | Changes in and Disagreements With Accountants on Accounting and Financial Disclosure. | 59 |
| Item 9A. | Controls and Procedures. | 59 |
| Item 9B. | Other Information. | 61 |

**PART III**

| | | |
|---|---|---|
| Item 10. | Directors, Executive Officers and Corporate Governance. | 61 |
| Item 11. | Executive Compensation. | 62 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters. | 62 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence. | 62 |
| Item 14. | Principal Accounting Fees and Services. | 62 |

**PART IV**

| | | |
|---|---|---|
| Item 15. | Exhibits, Financial Statement Schedules. | 62 |
| Item 16. | Form 10-K Summary. | 66 |

| | |
|---|---|
| SIGNATURES | 67 |

i

applicable rules. We are currently in discussions with SCAQMD. Although we cannot predict the outcome of this matter, we do not expect the outcome to have a material adverse effect on our consolidated financial condition, results of operations, or cash flows.

## Item 4. Mine Safety Disclosures.

Not applicable.

# PART II

## Item 5. Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities.

Since April 19, 1984, our common stock has been listed on the NYSE, trading under the symbol "HD". We paid our first cash dividend on June 22, 1987 and have paid a cash dividend during each subsequent quarter. While we currently expect a cash dividend to be paid in the future, future dividend payments will depend on our earnings, capital requirements, financial condition, and other factors considered relevant by our Board of Directors.

At March 8, 2019, there were approximately 110,000 holders of record of our common stock and approximately 2,561,000 additional "street name" holders whose shares are held of record by banks, brokers, and other financial institutions.

### Stock Performance Graph

The graph and table below present our cumulative total shareholder returns relative to the performance of the S&P Retail Composite Index and the S&P 500 Index for the five most recent fiscal years. The graph assumes $100 was invested at the closing price of our common stock on the NYSE and in each index on the last trading day of fiscal 2013 and assumes that all dividends were reinvested on the date paid. The points on the graph represent fiscal year-end amounts based on the last trading day in each fiscal year.



18

| | Fiscal Year Ended | | | | | |
| | February 2, 2014 | February 1, 2015 | January 31, 2016 | January 29, 2017 | January 28, 2018 | February 3, 2019 |
|---|---|---|---|---|---|---|
| The Home Depot | $ 100.00 | $ 138.83 | $ 170.59 | $ 191.64 | $ 293.71 | $ 267.16 |
| S&P Retail Composite Index | 100.00 | 120.09 | 140.26 | 166.28 | 241.50 | 254.29 |
| S&P 500 Index | 100.00 | 114.22 | 113.45 | 137.11 | 175.09 | 168.30 |

## Issuer Purchases of Equity Securities

The number and average price of shares purchased in each fiscal month of the fourth quarter of fiscal 2018 follow.

| Period | Total Number of Shares Purchased[1] | Average Price Paid Per Share[1] | Total Number of Shares Purchased as Part of Publicly Announced Program[2] | Dollar Value of Shares that May Yet Be Purchased Under the Program[2] |
|---|---|---|---|---|
| October 29, 2018 - November 25, 2018: | 5,379,057 | $ 176.92 | 5,375,064 | $ 6,494,055,865 |
| November 26, 2018 - December 23, 2018: | 8,460,498 | 172.63 | 8,454,414 | 5,034,627,517 |
| December 24, 2018 - February 3, 2019: | 11,974,922 | 175.35 | 11,917,918 | 2,945,026,439 |
| Total | 25,814,477 | 174.78 | 25,747,396 | |

(1) These amounts include repurchases pursuant to our Amended and Restated 2005 Omnibus Stock Incentive Plan and our 1997 Omnibus Stock Incentive Plan (collectively, the "Plans"). Under the Plans, participants may surrender shares as payment of applicable tax withholding on the vesting of restricted stock and deferred share awards. Participants in the Plans may also exercise stock options by surrendering shares of common stock that the participants already own as payment of the exercise price. Shares so surrendered by participants in the Plans are repurchased pursuant to the terms of the Plans and applicable award agreement and not pursuant to publicly announced share repurchase programs.

(2) In December 2017, our Board of Directors authorized a $15.0 billion share repurchase program, of which approximately $2.9 billion remained at the end of fiscal 2018. In February 2019, our Board of Directors authorized a new $15.0 billion share repurchase program that replaced the previous authorization. This new program does not have a prescribed expiration date.

## Sales of Unregistered Securities

During the fourth quarter of fiscal 2018, we issued 530 deferred stock units under the Home Depot, Inc. Nonemployee Directors' Deferred Stock Compensation Plan pursuant to the exemption from registration provided by Section 4(a)(2) of the Securities Act and Rule 506 of the SEC's Regulation D thereunder. The deferred stock units were credited to the accounts of those non-employee directors who elected to receive all or a portion of board retainers in the form of deferred stock units instead of cash during the fourth quarter of fiscal 2018. The deferred stock units convert to shares of common stock on a one-for-one basis following a termination of service as described in this plan.

During the fourth quarter of fiscal 2018, we credited 11,989 deferred stock units to participant accounts under the Restoration Plan pursuant to an exemption from the registration requirements of the Securities Act for involuntary, non-contributory plans. The deferred stock units convert to shares of common stock on a one-for-one basis following a termination of service as described in this plan.

## Item 6. Selected Financial Data.

The information required by this item is incorporated by reference to page F-1 of this report.

## Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations.

Our MD&A includes the following sections:

- Executive Summary

- [Results of Operations and Non-GAAP Measures](#)
- [Liquidity and Capital Resources](#)
- [Critical Accounting Policies](#)

19

# SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

THE HOME DEPOT, INC.
(Registrant)

By: /s/ CRAIG A. MENEAR

Craig A. Menear, Chairman,
Chief Executive Officer and President

Date: March 28, 2019

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities indicated as of March 28, 2019.

| Signature | Title |
| --- | --- |
| /s/ CRAIG A. MENEAR<br>Craig A. Menear | Chairman, Chief Executive Officer and President (Principal Executive Officer) |
| /s/ CAROL B. TOMÉ<br>Carol B. Tomé | Chief Financial Officer and Executive Vice President – Corporate Services (Principal Financial Officer and Principal Accounting Officer) |
| /s/ GERARD J. ARPEY<br>Gerard J. Arpey | Director |
| /s/ ARI BOUSBIB<br>Ari Bousbib | Director |
| /s/ JEFFERY H. BOYD<br>Jeffery H. Boyd | Director |
| /s/ GREGORY D. BRENNEMAN<br>Gregory D. Brenneman | Director |
| /s/ J. FRANK BROWN<br>J. Frank Brown | Director |
| /s/ ALBERT P. CAREY<br>Albert P. Carey | Director |
| /s/ ARMANDO CODINA<br>Armando Codina | Director |
| /s/ HELENA B. FOULKES<br>Helena B. Foulkes | Director |
| /s/ LINDA R. GOODEN<br>Linda R. Gooden | Director |

/s/ WAYNE M. HEWETT                Director

Wayne M. Hewett

/s/ MANUEL KADRE                   Director

Manuel Kadre

67

/s/ STEPHANIE C. LINNARTZ             Director

Stephanie C. Linnartz

/s/ MARK VADON                   Director

Mark Vadon

68