# EXHIBIT D

Case: 2:19-cv-03186-SDM-CMV Doc #: 35-5 Filed: 05/04/20 Page: 2 of 8 PAGEID #: 947

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 FOR THE FISCAL YEAR ENDED DECEMBER 30, 2017 OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 FOR THE TRANSITION PERIOD FROM _____ TO _____**

**Commission file number:**

**001-31829**

# CARTER'S, INC.
(Exact name of Registrant as specified in its charter)

| **Delaware** | **13-3912933** |
|---|---|
| (state or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**Phipps Tower**
**3438 Peachtree Road NE, Suite 1800**
**Atlanta, Georgia 30326**
(Address of principal executive offices, including zip code)
**(678) 791-1000**

(Registrant's telephone number, including area code)

_____

**SECURITIES REGISTERED PURSUANT TO SECTION 12(b) OF THE ACT:**

| **Title of each class** | **Name of each Exchange on which Registered** |
|---|---|
| Carter's, Inc.'s common stock par value $0.01 per share | New York Stock Exchange |

**SECURITIES REGISTERED PURSUANT TO SECTION 12(g) OF THE ACT:**
None
_____

Indicate by check mark if the Registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes (X) No ( )

Indicate by check mark if the Registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ( ) No (X)

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes (X) No ( )

Indicate by check mark whether the Registrant has submitted electronically and posted on its corporate website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the Registrant was required to submit and post such files). Yes (X) No ( )

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the Registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. (X)

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large Accelerated Filer (X) Accelerated Filer ( )
Non-Accelerated Filer ( ) (Do not check if a smaller reporting company) Smaller Reporting Company ( )
Emerging Growth Company ( )

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ( )

Indicate by check mark whether the Registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).
Yes ( ) No (X)

The approximate aggregate market value of the voting stock held by non-affiliates of the Registrant as of July 1, 2017 (the last business day of our most recently completed second quarter) was $4,120,795,278.

There were 47,091,313 shares of Carter's, Inc. common stock with a par value of $0.01 per share outstanding as of the close of business on February 23, 2018

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the definitive proxy statement to be filed with the Securities and Exchange Commission pursuant to Regulation 14A relating to the Annual Meeting of shareholders of Carter's, Inc., scheduled to be held on May 17, 2018, will be incorporated by reference in Part III of this Form 10-K. Carter's, Inc. intends to file such proxy statement with the Securities and Exchange Commission not later than 120 days after its fiscal year ended December 30, 2017.

# CARTER'S, INC.
## INDEX TO ANNUAL REPORT ON FORM 10-K
## FOR FISCAL YEAR ENDED DECEMBER 30, 2017

|  |  |  | **Page** |
|---|---|---|---|
| **Part I** |  |  | 1 |
|  | Item 1 | Business | 1 |
|  | Item 1A | Risk Factors | 9 |
|  | Item 1B | Unresolved Staff Comments | 19 |
|  | Item 2 | Properties | 20 |
|  | Item 3 | Legal Proceedings | 20 |
|  | Item 4 | Mine Safety Disclosures | 20 |
| **Part II** |  |  | 21 |
|  | Item 5 | Market for Registrant's Common Equity, Related Stockholder Matters, and Issuer Purchases of Equity Securities | 21 |
|  | Item 6 | Selected Financial Data | 23 |
|  | Item 7 | Management's Discussion and Analysis of Financial Condition and Results of Operations | 25 |
|  | Item 7A | Quantitative and Qualitative Disclosures about Market Risk | 49 |
|  | Item 8 | Financial Statements and Supplementary Data | 50 |
|  | Item 9 | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 104 |
|  | Item 9A | Controls and Procedures | 104 |
|  | Item 9B | Other Information | 105 |
| **Part III** |  |  | 105 |
|  | Item 10 | Directors and Executive Officers of the Registrant | 105 |
|  | Item 11 | Executive Compensation | 105 |
|  | Item 12 | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 105 |
|  | Item 13 | Certain Relationships and Related Transactions | 105 |
|  | Item 14 | Principal Accountant Fees and Services | 105 |
| **Part IV** |  |  | 106 |
|  | Item 15 | Exhibits and Financial Statement Schedules | 106 |
|  | Item 16 | Form 10-K Summary | 109 |
| **SIGNATURES** |  |  | 109 |
| **CERTIFICATIONS** |  |  |  |

**PART II**

## ITEM 5. MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS, AND ISSUER PURCHASES OF EQUITY SECURITIES

### HISTORICAL STOCK PRICE AND NUMBER OF RECORD HOLDERS

Our common stock trades on the New York Stock Exchange (NYSE) under the symbol CRI. The last reported sale price per share of our common stock on February 23, 2018 was $120.86. On that date there were 190 holders of record of our common stock.

The high and low market price per share for the Company's common stock in fiscal 2017 and 2016, by quarter, were as follows:

| 2017 | High | | Low | |
|------|------|--|-----|--|
| First quarter | $ | 91.71 | $ | 77.94 |
| Second quarter | $ | 95.80 | $ | 79.76 |
| Third quarter | $ | 99.36 | $ | 83.84 |
| Fourth quarter | $ | 118.89 | $ | 91.41 |

| 2016 | High | | Low | |
|------|------|--|-----|--|
| First quarter | $ | 105.93 | $ | 83.44 |
| Second quarter | $ | 108.20 | $ | 97.54 |
| Third quarter | $ | 112.58 | $ | 86.37 |
| Fourth quarter | $ | 94.83 | $ | 84.06 |

*Note: The high and low market prices in the above table were compiled from prices that considered intra-day high and low prices as well as closing prices on the NYSE.*

### SHARE REPURCHASES

The following table provides information about shares repurchased through our repurchase program described below during the fourth quarter of fiscal 2017:

| Period | Total number of shares purchased (1) | Average price paid per share | | Total number of shares purchased as part of publicly announced plans or programs | Approximate dollar value of remaining shares that can be purchased under the plans or programs | |
|--------|------|------|--|------|------|--|
| October 1, 2017 through October 28, 2017 | 141,293 | $ | 94.74 | 141,293 | $ | 110,148,594 |
| October 29, 2017 through November 25, 2017 | 143,516 | $ | 100.76 | 144,485 | $ | 95,703,035 |
| November 26, 2017 through December 30, 2017 | 91,005 | $ | 111.58 | 91,005 | $ | 85,640,453 |
| Total | 375,814 | | | 376,783 | | |

(1)  Includes shares of our common stock surrendered by our employees to satisfy required tax withholding upon the vesting of restricted stock awards. There were 969 shares surrendered between October 1, 2017 and December 30, 2017.

21

*Share Repurchase Program*

Prior to 2015, our Board of Directors authorized the repurchase of shares of our common stock in amounts up to $462.5 million. On both February 26, 2016 and February 22, 2018, our Board of Directors authorized an additional $500 million of share repurchases, thereby authorizing total repurchase amounts up to $1,462.5 million. These authorizations are in addition to the $400 million authorized in 2013 for the Company's completed accelerated share repurchase (ASR) program.

Open-market repurchases of our common stock during fiscal years 2017, 2016, and 2015 were as follows:

| | Fiscal year ended | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | December 30, 2017 | | December 31, 2016 | | January 2, 2016 | |
| Number of shares repurchased | | 2,103,401 | | 3,049,381 | | 1,154,288 |
| Aggregate cost of shares repurchased *(dollars in thousands)* | $ | 188,762 | $ | 300,445 | $ | 110,290 |
| Average price per share | $ | 89.74 | $ | 98.53 | $ | 95.55 |

In addition to the open-market repurchases completed in fiscal years 2017, 2016, and 2015, we completed open-market repurchases totaling $277.4 million in fiscal years prior to 2015.

The total remaining capacity under the repurchase authorizations was approximately $85.6 million as of December 30, 2017.

Repurchases under the authorizations may be made in the open market or in privately-negotiated transactions, with the level and timing of such activity at the discretion of our management depending on market conditions, stock price, other investment priorities, and other factors. The share repurchase authorizations have no expiration dates.

## DIVIDENDS

On February 22, 2018, our Board of Directors authorized a quarterly cash dividend payment of $0.45 per common share, payable on March 23, 2018 to shareholders of record at the close of business on March 12, 2018.

In fiscal 2017, we paid quarterly cash dividends of $0.37 per share each quarter. In fiscal 2016, we paid quarterly cash dividends of $0.33 per share each quarter. Future declarations of quarterly dividends and the establishment of future record and payment dates are at the discretion of our Board of Directors based on a number of factors, including our future financial performance and other investment priorities.

Provisions in our secured revolving credit facility and indenture governing our senior notes could have the effect of restricting our ability to pay future cash dividends on or make future repurchases of our common stock. For more information concerning these dividend restrictions, refer to the "Financial Condition, Capital Resources, and Liquidity" section of Item 7 in this Annual Report on Form 10-K.

## RECENT SALES OF UNREGISTERED SECURITIES

Not applicable.

Case: 2:19-cv-03186-SDM-CMV Doc #: 35-5 Filed: 05/04/20 Page: 7 of 8  PAGEID #: 952

Omitted at registrant's option.

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(a) of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on their behalf by the undersigned, thereunto duly authorized.

CARTER'S, INC.

/s/ MICHAEL D. CASEY
Michael D. Casey
Chief Executive Officer

Date: February 27, 2018

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the Registrant and in the capacities and on the dates indicated.

| Name | Title | Date |
|---|---|---|
| /s/ MICHAEL D. CASEY<br>Michael D. Casey | Chairman and Chief Executive Officer<br>(Principal Executive Officer) | February 27, 2018 |
| /s/ RICHARD F. WESTENBERGER<br>Richard F. Westenberger | Executive Vice President and Chief Financial Officer<br>(Principal Financial and Accounting Officer) | February 27, 2018 |
| /s/ AMY WOODS BRINKLEY<br>Amy Woods Brinkley | Director | February 27, 2018 |
| /s/ GIUSEPPINA BUONFANTINO<br>Giuseppina Buonfantino | Director | February 27, 2018 |
| /s/ VANESSA J. CASTAGNA<br>Vanessa J. Castagna | Director | February 27, 2018 |

| /s/ A. BRUCE CLEVERLY | Director | February 27, 2018 |
| A. Bruce Cleverly | | |

| /s/ JEVIN S. EAGLE | Director | February 27, 2018 |
| Jevin S. Eagle | | |

| /s/ PAUL FULTON | Director | February 27, 2018 |
| Paul Fulton | | |

| /s/ WILLIAM J. MONTGORIS | Director | February 27, 2018 |
| William J. Montgoris | | |

| /s/ DAVID PULVER | Director | February 27, 2018 |
| David Pulver | | |

| /s/ THOMAS E. WHIDDON | Director | February 27, 2018 |
| Thomas E. Whiddon | | |

110