# EXHIBIT E

Case: 2:19-cv-03186-SDM-CMV Doc #: 35-6 Filed: 05/04/20 Page: 2 of 8 PAGEID #: 955

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM 10-K

☒ **Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**For the Fiscal Year Ended February 2, 2019**

**OR**

☐ **Transition Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**For the transition period from                    to**

**Commission File Number 1-11893**

# GUESS?, INC.

(Exact name of registrant as specified in its charter)

| **Delaware** | **95-3679695** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**1444 South Alameda Street**
**Los Angeles, California 90021**
**(213) 765-3100**

(Address, including zip code, and telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| **Title of Each Class** | **Name of Each Exchange on Which Registered** |
|---|---|
| common stock, par value $0.01 per share | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒    No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐    No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒    No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒    No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.  ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer ☒ | Accelerated filer ☐ |
| Non-accelerated filer ☐ | Smaller reporting company ☐ |

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐   No ☒

As of the close of business on August 4, 2018, the last business day of the registrant's most recently completed second fiscal quarter, the aggregate market value of the voting and non-voting common equity stock held by non-affiliates of the registrant was $1,248,243,784 based upon the closing price of $22.17 on the New York Stock Exchange composite tape on such date. For this computation, the registrant has excluded the market value of all shares of its common stock reported as beneficially owned by executive officers and directors of the registrant. Such exclusion shall not be deemed to constitute an admission that any such person is an "affiliate" of the registrant.

As of the close of business on March 25, 2019, the registrant had 81,726,553 shares of common stock outstanding.

## DOCUMENTS INCORPORATED BY REFERENCE

Portions of the proxy statement for the registrant's 2019 Annual Meeting of Stockholders are incorporated by reference into Part III herein.

## TABLE OF CONTENTS

| Item | Description | Page |
|---|---|---|
| | **PART I** | |
| 1 | Business | 1 |
| 1A | Risk Factors | 10 |
| 1B | Unresolved Staff Comments | 21 |
| 2 | Properties | 22 |
| 3 | Legal Proceedings | 23 |
| 4 | Mine Safety Disclosures | 23 |
| | **PART II** | |
| 5 | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 24 |
| 6 | Selected Financial Data | 26 |
| 7 | Management's Discussion and Analysis of Financial Condition and Results of Operations | 27 |
| 7A | Quantitative and Qualitative Disclosures About Market Risk | 50 |
| 8 | Financial Statements and Supplementary Data | 53 |
| 9 | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 53 |
| 9A | Controls and Procedures | 53 |
| 9B | Other Information | 56 |
| | **PART III** | |
| 10 | Directors, Executive Officers and Corporate Governance | 56 |
| 11 | Executive Compensation | 56 |
| 12 | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 56 |
| 13 | Certain Relationships and Related Transactions, and Director Independence | 56 |
| 14 | Principal Accountant Fees and Services | 56 |
| | **PART IV** | |
| 15 | Exhibits, Financial Statement Schedules | 57 |
| 16 | Form 10-K Summary | 57 |

i

fiscal year ended February 2, 2019. This compares to gross capital expenditures of $84.7 million, before deducting lease incentives of $7.4 million, for the fiscal year ended February 3, 2018.

The Company's investments in capital for the full fiscal year 2020 are planned between $55 million and $65 million. The planned investments in capital are primarily related to retail and e-commerce expansion in Europe and Asia as well as continued investments in technology to support our long-term growth plans.

We will periodically evaluate strategic acquisitions and alliances and pursue those that we believe will support and contribute to our overall growth initiatives.

### *Dividends*

During the first quarter of fiscal 2008, the Company announced the initiation of a quarterly cash dividend of $0.06 per share of the Company's common stock. Since that time, the Company has continued to pay a quarterly cash dividend, which has subsequently increased to $0.225 per common share.

44

On March 20, 2019, the Company announced a regular quarterly cash dividend of $0.225 per share on the Company's common stock. The cash dividend will be paid on April 18, 2019 to shareholders of record as of the close of business on April 3, 2019.

The payment of cash dividends in the future will be at the discretion of our Board of Directors and will be based upon a number of business, legal and other considerations, including our cash flow from operations, capital expenditures, debt service and covenant requirements, cash paid for income taxes, earnings, share repurchases, economic conditions and U.S. and global liquidity.

## Share Repurchases

On June 26, 2012, the Company's Board of Directors authorized a program to repurchase, from time-to-time and as market and business conditions warrant, up to $500 million of the Company's common stock. Repurchases under the program may be made on the open market or in privately negotiated transactions, pursuant to Rule 10b5-1 trading plans or other available means. There is no minimum or maximum number of shares to be repurchased under the program, which may be discontinued at any time, without prior notice. During fiscal 2019, the Company repurchased 1,118,808 shares under the program at an aggregate cost of $17.6 million. During fiscal 2018, the Company repurchased 3,866,387 shares under the program at an aggregate cost of $56.1 million, of which $6.0 million was settled in fiscal 2019. During fiscal 2017, the Company repurchased 289,968 shares at an aggregate cost of $3.5 million. As of February 2, 2019, the Company had remaining authority under the program to purchase $374.6 million of its common stock.

## Borrowings and Capital Lease Obligations

See "Part IV. Financial Statements – Note 8 – Borrowings and Capital Lease Obligations" in this Form 10-K for disclosures about our borrowings and capital leases.

## Supplemental Executive Retirement Plan

On August 23, 2005, the Board of Directors of the Company adopted a Supplemental Executive Retirement Plan ("SERP") which became effective January 1, 2006. The SERP provides select employees who satisfy certain eligibility requirements with certain benefits upon retirement, termination of employment, death, disability or a change in control of the Company, in certain prescribed circumstances.

As a non-qualified pension plan, no dedicated funding of the SERP is required; however, the Company has made periodic payments into insurance policies held in a rabbi trust to fund the expected obligations arising under the non-qualified SERP. The amount of any future payments into the insurance policies, if any, may vary depending on investment performance of the trust. The cash surrender values of the insurance policies were $61.7 million and $64.5 million as of February 2, 2019 and February 3, 2018, respectively, and were included in other assets in the Company's consolidated balance sheets. As a result of changes in the value of the insurance policy investments, the Company recorded unrealized gains (losses) of $(1.1) million, $7.7 million and $6.9 million in other income and expense during fiscal 2019, fiscal 2018 and fiscal 2017, respectively. The projected benefit obligation was $52.2 million and $54.8 million as of February 2, 2019 and February 3, 2018, respectively, and was included in accrued expenses and other long-term liabilities in the Company's consolidated balance sheets depending on the expected timing of payments. SERP benefit payments of $1.7 million were made during both fiscal 2019 and fiscal 2018.

## Employee Stock Purchase Plan

The Company's qualified employee stock purchase plan ("ESPP") allows qualified employees (as defined) to participate in the purchase of designated shares of the Company's common stock at a price equal to 85% of the

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Guess?, Inc.

By: /s/ CARLOS ALBERINI

Carlos Alberini
*Chief Executive Officer*

Date: March 29, 2019

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the Registrant and in the capacities and on the dates indicated.

| | | |
|---|---|---|
| /s/ CARLOS ALBERINI | Chief Executive Officer and Director | |
| Carlos Alberini | (Principal Executive Officer) | March 29, 2019 |
| /s/ SANDEEP REDDY | Chief Financial Officer | |
| | (Principal Financial Officer and | |
| Sandeep Reddy | Chief Accounting Officer) | March 29, 2019 |
| /s/ PAUL MARCIANO | | |
| Paul Marciano | Chief Creative Officer and Director | March 29, 2019 |
| /s/ MAURICE MARCIANO | | |
| Maurice Marciano | Chairman and Director | March 29, 2019 |
| /s/ GIANLUCA BOLLA | | |
| Gianluca Bolla | Director | March 29, 2019 |
| /s/ ANTHONY CHIDONI | | |
| Anthony Chidoni | Director | March 29, 2019 |
| /s/ LAURIE ANN GOLDMAN | | |
| Laurie Ann Goldman | Director | March 29, 2019 |
| /s/ JOSEPH GROMEK | | |
| Joseph Gromek | Director | March 29, 2019 |
| /s/ DEBORAH WEINSWIG | | |
| Deborah Weinswig | Director | March 29, 2019 |
| /s/ ALEX YEMENIDJIAN | | |
| Alex Yemenidjian | Director | March 29, 2019 |