# EXHIBIT F

**Table of Contents**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-K

**(Mark One)**

☒  **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 30, 2018**

or

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number 001-32242**

# Domino's Pizza, Inc.
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **DELAWARE** | **38-2511577** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |
| **30 Frank Lloyd Wright Drive** | |
| **Ann Arbor, Michigan** | **48105** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**Registrant's telephone number, including area code (734) 930-3030**

**Securities registered pursuant to Section 12(b) of the Act:**

| **Title of each class:** | **Name of each exchange on which registered:** |
|---|---|
| **Domino's Pizza, Inc.** | **New York Stock Exchange** |
| **Common Stock, $0.01 par value** | |

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act:   Yes ☒   No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act:   Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days:   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such

files):  Yes ☒  No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K:  ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☒ | | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | | Smaller reporting company | ☐ |
| | | | Emerging growth company | ☐ |

If emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act):  Yes ☐  No ☒

The aggregate market value of the voting and non-voting common stock held by non-affiliates of Domino's Pizza, Inc. as of June 17, 2018 computed by reference to the closing price of Domino's Pizza, Inc.'s common stock on the New York Stock Exchange on such date was $11,546,079,722.

As of February 14, 2019, Domino's Pizza, Inc. had 41,040,704 shares of common stock, par value $0.01 per share, outstanding.

**Documents incorporated by reference:**

Portions of the definitive proxy statement to be furnished to shareholders of Domino's Pizza, Inc. in connection with the annual meeting of shareholders to be held on April 23, 2019 are incorporated by reference into Part III.

**Table of Contents**

## TABLE OF CONTENTS

|  |  | Page No. |
|---|---|---|
| **Part I** | | |
| Item 1. | Business. | 2 |
| Item 1A. | Risk Factors. | 11 |
| Item 1B. | Unresolved Staff Comments. | 21 |
| Item 2. | Properties. | 21 |
| Item 3. | Legal Proceedings. | 21 |
| Item 4. | Mine Safety Disclosures. | 21 |
| Item 4A. | Executive Officers of the Registrant. | 21 |
| **Part II** | | |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities. | 22 |
| Item 6. | Selected Financial Data. | 24 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations. | 26 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk. | 42 |
| Item 8. | Financial Statements and Supplementary Data. | 43 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure. | 75 |
| Item 9A. | Controls and Procedures. | 75 |
| Item 9B. | Other Information. | 75 |
| **Part III** | | |
| Item 10. | Directors, Executive Officers and Corporate Governance. | 76 |
| Item 11. | Executive Compensation. | 79 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters. | 79 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence. | 79 |
| Item 14. | Principal Accountant Fees and Services. | 79 |
| **Part IV** | | |
| Item 15. | Exhibits, Financial Statement Schedules. | 80 |
| Item 16. | Form 10-K Summary. | 85 |
| **SIGNATURES** | | 91 |

Throughout this document, Domino's Pizza, Inc. (NYSE: DPZ) is referred to as the "Company," "Domino's", "Domino's Pizza" or in the first-person notations of "we," "us" and "our."

In this document, we rely on and refer to information regarding the U.S. quick service restaurant, or QSR, sector and the U.S. QSR pizza category from the CREST® report (years ending November) prepared by The NPD Group, as well as market research reports, analyst reports and other publicly-available information. Although we believe this information to be reliable, we have not independently verified it. Domestic sales information relating to the U.S. QSR sector and the U.S. QSR pizza category represent reported consumer spending obtained by The NPD Group's CREST® report from consumer surveys. This information relates to both our Company-owned and franchised stores.

1

**Table of Contents**

## Part II

**Item 5. Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities.**

As of February 14, 2019, Domino's Pizza, Inc. had 170,000,000 authorized shares of common stock, par value $0.01 per share, of which 41,040,704 were issued and outstanding. Domino's Pizza, Inc.'s common stock is traded on the New York Stock Exchange ("NYSE") under the ticker symbol "DPZ."

Our Board of Directors declared a quarterly dividend of $0.65 per common share on February 20, 2019 payable on March 29, 2019 to shareholders of record at the close of business on March 15, 2019.

We currently anticipate continuing the payment of quarterly cash dividends. The actual amount of such dividends, if any, will depend upon future earnings, results of operations, capital requirements, our financial condition and certain other factors. There can be no assurance as to the amount of free cash flow that we will generate in future years and, accordingly, dividends will be considered after reviewing returns to shareholders, profitability expectations and financing needs and will be declared at the discretion of our Board of Directors.

As of February 14, 2019, there were 1,565 registered holders of record of Domino's Pizza, Inc.'s common stock.

As of December 30, 2018, we had a Board of Directors-approved share repurchase program for up to $750.0 million of our common stock, of which $158.8 million remained available for future purchases of our common stock. Any future purchases of our common stock would be funded by current cash amounts, available borrowings or future excess cash flow. The following table summarizes our repurchase activity during the fourth quarter ended December 30, 2018:

| Period | Total Number of Shares Purchased (1) | Average Price Paid per Share | Total Number of Shares Purchased as Part of Publicly Announced Program (2) | Maximum Approximate Dollar Value of Shares that May Yet Be Purchased Under the Program (in thousands) |
|---|---|---|---|---|
| Period #10 (September 10, 2018 to October 7, 2018) | 5,574 | $ 276.41 | 4,424 | $ 319,595 |
| Period #11 (October 8, 2018 to November 4, 2018) | 331,613 | 264.29 | 330,291 | 232,305 |
| Period #12 (November 5, 2018 to December 2, 2018) | 76,562 | 254.79 | 75,391 | 213,119 |
| Period #13 (December 3, 2018 to December 30, 2018) | 226,270 | 240.11 | 226,270 | 158,788 |
| Total | 640,019 | $ 254.71 | 636,376 | $ 158,788 |

(1)  3,643 shares were purchased as part of the Company's employee stock purchase discount plan. During the fourth quarter, the shares were purchased at an average price of $274.26.

(2)  From December 31, 2018 through February 14, 2019, the Company repurchased and retired an additional 33,549 shares of common stock for a total of approximately $8.1 million, or an average price of $242.74 per share. Authorization for the repurchase program may be modified, suspended, or discontinued at any time. The repurchase of shares in any particular period and the actual amount of such purchases remain at the discretion of the Board of Directors, and no assurance can be given that shares will be repurchased in the future.

22

**Table of Contents**

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrants have duly caused this annual report to be signed on their behalf by the undersigned, thereunto duly authorized.

DOMINO'S PIZZA, INC.

/s/ Jeffrey D. Lawrence
Jeffrey D. Lawrence
Chief Financial Officer

February 21, 2019

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrants and in the capacities and on the dates indicated.

/s/ Richard E. Allison, Jr.
Richard E. Allison, Jr.
February 21, 2019

Chief Executive Officer and Director
(Principal Executive Officer)

/s/ Jeffrey D. Lawrence
Jeffrey D. Lawrence
February 21, 2019

Chief Financial Officer
(Principal Financial and Accounting Officer)

/s/ David A. Brandon
David A. Brandon
February 21, 2019

Chairman of the Board of Directors

/s/ C. Andrew Ballard
C. Andrew Ballard
February 21, 2019

Director

/s/ Andrew B. Balson
Andrew B. Balson
February 21, 2019

Director

/s/ Corie S. Barry
Corie S. Barry
February 21, 2019

Director

/s/ Diana F. Cantor
Diana F. Cantor
February 21, 2019

Director

/s/ Richard L. Federico
Richard L. Federico
February 21, 2019

Director

/s/ James A. Goldman
James A. Goldman
February 21, 2019

Director

/s/ Patricia E. Lopez
Patricia E. Lopez
February 21, 2019

Director