United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

Ricky R. Walker, et al.

-vs-                                                    Case No. 2:19-cv-3186

L Brands, Inc., et al.

COURTROOM MINUTES
Oral Argument

| U.S. District Judge Sarah D. Morrison | | Date:   September 23, 2020 @ 10:00 a.m. | |
|---|---|---|---|
| **Deputy Clerk** | Theresa Bragg | **Counsel for Pl/Movant:** | Evan Kaufman, Joseph Murray, Joshua Nelson, Mari Byrne |
| **Court Reporter** | Allison Kimmel | **Counsel for Deft(s):** | Anthony O'Malley, Andrew Ditchfield, |
| **Interpreter** | | **Pretrial/Probation:** | |
| **Log In** | n/a | **Log Out** | n/a |

Defense counsel gave opening statement/presented argument
Lead Plaintiff's counsel gave response
Defense counsel was allowed brief rebuttal
Court will take matter under advisement